1  Jack Silver, Esquire SBN 160575
   Law Office of Jack Silver
2  Kimberly Burr, Esquire SBN 193805
   Jerry Bernhaut, Esquire SBN 206264
3  Post Office Box 5469
   Santa Rosa, California 95402-5469
4  Telephone: (707) 528-8175
   Facsimile: (707) 528-8675
5  Email: lhm28843@sbcglobal.net

6  Attorneys for Plaintiffs
   COHO SALMON (Onchorynchus kisutch)
7  NORTHERN CALIFORNIA RIVER WATCH,
   COAST ACTION GROUP
8

9  Stephen M. Gallenson, SBN 104447
   ANDRIAN & GALLENSON
10 1100 Mendocino Avenue
   Santa Rosa, California 95401
11 Tel. 707-527-9381
   Fax. 707-526-9051
12 Email: andgal@sonic.net

13 Attorneys for Defendant
   CLINTON FOLGER doing business as
14 GREEN PASTURES VALLEY, LLC

15

16                UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| 19  COHO SALMON (Onchorynchus kisutch), NORTHERN CALIFORNIA RIVER WATCH, a non-profit Corporation and COAST ACTION GROUP, | CASE NO.: 3:10-CV-00741 JL |
| 20 | |
| 21 | **STIPULATION RE FILING SECOND AMENDED COMPLAINT;** ~~[PROPOSED]~~ **ORDER** |
| 22   Plaintiffs, | |
| 23   v. | |
| 24  CLINTON FOLGER doing business as GREEN PASTURES VALLEY, LLC and DOES 1 - 20, Inclusive, | |
| 25 | |
| 26   Defendant. _____/ | |

27

28

IT IS HEREBY STIPULATED and agreed to by and between the parties to this action, that Plaintiffs COHO SALMON (Onchorynchus kisutch), NORTHERN CALIFORNIA RIVER WATCH and COAST ACTION GROUP shall be allowed to file the Second Amended Complaint for Declaratory and Injunctive Relief, Civil Penalties, Restitution and Remediation, a copy of which is attached hereto as Exhibit "A". By stipulating to the filing of the Second Amended Complaint, Defendant CLINTON FOLGER doing business as GREEN PASTURES VALLEY, LLC is not approving or admitting the allegations or contents of the Second Amended Complaint, or waiving its defenses thereto.

IT IS FURTHER STIPULATED and agreed to by and between the parties to this action, that Defendant CLINTON FOLGER doing business as GREEN PASTURES VALLEY, LLC will have thirty (30) days from the date of service of the Second Amended Complaint within which to plead in response to the Second Amended Complaint.

DATED: September 28, 2010       ANDRIAN & GALLENSON

By:_____*/s/ Stephen M. Gallenson*_____
STEPHEN M. GALLENSON
Attorneys for Defendant
CLINTON FOLGER dba GREEN VALLEY PASTURES, LLC

In addition to stipulating to the above, I, Kimberly Burr attest that concurrence in the filing of this Stipulation has been obtained from the other signatory to this document.

DATED: September 28, 2010       _____*/s/ Kimberly Burr*_____
KIMBERLY BURR
Attorney for Plaintiff
COHO SALMON (Onchorynchus kisutch),
NORTHERN CALIFORNIA RIVER WATCH,
COAST ACTION GROUP

2

3:10-cv-00741 JL
Stipulation Re Filing Second Amended Complaint;[Proposed] Order

1  [PROPOSED] **ORDER**

3  PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

5  Dated: September 30, 2010     _____
                                 JAMES LARSON
6                                UNITED STATES MAGISTRATE JUDGE