EDMUND G. BROWN JR.
Attorney General of California
JOHN DAVIDSON
Supervising Deputy Attorney General
CECILIA L. DENNIS
Deputy Attorney General
State Bar No. 201997
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5395
 Fax:  (415) 703-5480
 E-mail:  Cecilia.Dennis@doj.ca.gov
*Attorneys for Defendant*
*California State Water Resources Control Board*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COHO SALMON (Onchorynchus kisutch), NORTHERN CALIFORNIA RIVER WATCH, a non-profit Corporation and COAST ACTION GROUP,**<br><br>Plaintiffs,<br><br>v.<br><br>**CLINTON FOLDER doing business as GREEN PASTURES VALLEY, LLC; DOROTHY R. RICE, Executive Director, CALIFORNIA STATE WATER RESOURCES CONTROL BOARD; and DOES 1-20, Inclusive,**<br><br>Defendants. | 3:10-cv-00741 JL<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO ANSWER SECOND AMENDED COMPLAINT**<br><br>Judge:  The Hon. James Larson<br><br>Action Filed:   February 22, 1010 |

On October 1, 2010, Plaintiffs filed a Second Amended Complaint for Declaratory and Injunctive Relief, Civil Penalties, Restitution and Remediation ("Second Amended Complaint"). The Second Amended Complaint added DOROTHY R. RICE and CALIFORNIA STATE WATER RESOURCES CONTROL BOARD as Defendants to this action.

On October 7, 2010, Defendants DOROTHY R. RICE and CALIFORNIA STATE WATER RESOURCES CONTROL BOARD were served with the Second Amended Complaint.

The parties hereby stipulate and agree that Defendants DOROTHY R. RICE and CALIFORNIA STATE WATER RESOURCES CONTROL BOARD have until December 6, 2010, to answer or otherwise respond to the Second Amended Complaint.

Dated: November 8, 2010

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
JOHN DAVIDSON
Supervising Deputy Attorney General

/S/ CECILIA L. DENNIS

CECILIA L. DENNIS
Deputy Attorney General
*Attorneys for Defendant California State Water Resources Control Board*

Dated: November 5, 2010

APPROVED:

LAW OFFICES OF JACK SILVER

*Telephonic Approval 11/5/2010*

JACK SILVER
*Attorneys for Plaintiffs Coho Salmon, Northern California River Watch & Coast Action Group*

Dated: November 4, 2010

APPROVED:

ANDRIAN & GALLENSON

*Telephonic Approval 11/4/2010*

STEPHEN M. GALLENSON
*Attorneys for Defendant Clinton Folger dba Green Pastures Valley, LLC*

IT IS SO ORDERED

Dated: November 10, 2010

_____
JAMES LARSON
UNITED STATES MAGISTRATE JUDGE

2

**STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO ANSWER SECOND AMENDED COMPLAINT (3:10-cv-00741 JL)**