EDMUND G. BROWN JR.
Attorney General of California
KATHLEEN A. KENEALY
Senior Assistant Attorney General
JOHN DAVIDSON
Supervising Deputy Attorney General
CECILIA L. DENNIS (State Bar No. 201997)
ALLISON E. GOLDSMITH (State Bar No. 238263)
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-55511
  Fax: (415) 703-5480
  E-mail: Allison.Goldsmith@doj.ca.gov
*Attorneys for Defendant*
*California State Water Resources Control Board*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **COHO SALMON (Onchorynchus kisutch), NORTHERN CALIFORNIA RIVER WATCH, a non-profit Corporation and COAST ACTION GROUP,**<br><br>                    Plaintiffs,<br><br>      v.<br><br>**CLINTON FOLGER doing business as GREEN PASTURES VALLEY, LLC; DOROTHY R. RICE, Executive Director, CALIFORNIA STATE WATER RESOURCES CONTROL BOARD; and DOES 1-20, Inclusive,**<br><br>                   Defendants. | 3:10-cv-00741 JL<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR MEDIATION**<br><br><br>Judge: The Hon. James Larson<br><br>Action Filed: February 22, 1010 |

On December 6, 2010, Defendants DOROTHY R. RICE and CALIFORNIA STATE

WATER RESOURCES CONTROL BOARD (State Defendants) will be filing a Motion to

Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to be heard on January

26, 2011. Among other arguments, State Defendants will argue that the CALIFORNIA STATE

WATER RESOURCES CONTROL BOARD is a state agency immune from suit under the

1

1   Eleventh Amendment to the United States Constitution. Plaintiffs aver that the STATE WATER

2   RESOURCES CONTROL BOARD is not a named party in the suit.

3       The parties hereby stipulate and agree that the deadline for mediation should be extended to

4   30 days after January 26, 2011 so that this Court has an opportunity to decide whether the State

5   Defendants should be dismissed from the suit. State Defendants are signing this Stipulation

6   without waiving or releasing their rights under the Eleventh Amendment to the United States

7   Constitution.

8   Dated: December 1, 2010

9                                       Respectfully submitted,

10                                      EDMUND G. BROWN JR.
                                        Attorney General of California
11                                      JOHN DAVIDSON
                                        Supervising Deputy Attorney General

12                                      /S/ ALLISON E. GOLDSMITH

13                                      ALLISON E. GOLDSMITH
                                        Deputy Attorney General
14                                      Attorneys for Defendant California State
                                        Water Resources Control Board
15
    Dated: December 1, 2010            APPROVED:
16
17                                      LAW OFFICES OF JACK SILVER

18                                      E-mail Approval 12/1/10

19                                      JACK SILVER
                                        Attorneys for Plaintiffs Coho Salmon,
20                                      Northern California River Watch & Coast
                                        Action Group

21  Dated: December 1, 2010            APPROVED:

22                                      ANDRIAN & GALLENSON

23                                      E-mail Approval 12/1/10

24                                      STEPHEN M. GALLENSON
                                        Attorneys for Defendant Clinton Folger dba
25                                      Green Pastures Valley, LLC

26  IT IS SO ORDERED

27  Dated:        December 3, 2010      _____
                                        JAMES LARSON
28                                      UNITED STATES MAGISTRATE JUDGE

                                2