```
 1  Jack Silver, Esquire SBN 160575
    Law Office of Jack Silver
 2  Kimberly Burr, Esquire SBN 193805
    Jerry Bernhaut, Esquire SBN 206264
 3  Post Office Box 5469
    Santa Rosa, California 95402-5469
 4  Telephone: (707) 528-8175
    Facsimile: (707) 528-8675
 5  Email: lhm28843@sbcglobal.net

 6  Attorneys for Plaintiffs
    NORTHERN CALIFORNIA RIVER WATCH
 7  and COAST ACTION GROUP

 8  Stephen M. Gallenson, CSB # 104447
    Jane Gaskell, CSB # 271387
 9  ANDRIAN & GALLENSON
    1100 Mendocino Avenue
10  Santa Rosa, CA 95401
    Telephone: 707-527-9381
11  Facsimile: 707-526-9051
    Email:  andgal@sonic.net
12
    Attorneys for Defendants
13  CLINTON FOLGER, ET AL

14
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit Corporation and COAST ACTION GROUP,<br><br>        Plaintiffs,<br>    v.<br><br>CLINTON FOLGER, RUTH STADNIK, and NICK BRODRICK, Individually and in their capacities as members of GREEN PASTURES VALLEY, LLC; GREEN PASTURES VALLEY, LLC; DOES 1 - 20, Inclusive,<br><br>        Defendants.<br>_____/ | CASE NO.:3:10-cv-00741 JL<br><br>**STIPULATION RE CONTINUANCE OF CASE MANAGEMENT SCHEDULE; [PROPOSED] ORDER**<br><br>Case Mgmt. Conf. - June 15, 2011 |

3:10-cv-00741 JL
STIPULATION RE CONTINUANCE OF CASE MANAGEMENT SCHEDULE; [PROPOSED] ORDER        1

1  This action was initially filed on February 22, 2010.

2  At the October 6, 2010 Case Management Conference, the Court adopted the discovery plan as set forth and agreed to by the parties (Order - Court Doc # 33) and referred the matter for mediation. No pretrial conference or trial date has been set.

3  The parties participated in Mediation with David Roe on February 16, 2011 which did not result in a resolution of this litigation.

4  Plaintiffs filed a Third Amended Complaint on February 25, 2011. Defendants filed an Answer to the Third Amended Complaint on March 30, 2011.

5  The parties have been active in the discovery process and have been in communication with respect to resolution of the dispute which is the subject of these proceedings since the time of mediation. The parties recently exchanged settlement proposals, have reached agreement on most issues, and believe that with some additional negotiation they will reach a final agreement on all terms within two to three months.

6  The parties believe a continuance of the current pretrial schedule for a period of approximately four months is therefore appropriate and will not harm or hinder these proceedings in any way.

7  IT IS HEREBY STIPULATED by and between counsel for Plaintiffs and Defendants that the current pretrial schedule dates may be continued and set as follows:

| | |
|---|---|
| Discovery cutoff | November 30, 2011 |
| Expert disclosure | December 31, 2011 |
| Expert discovery cutoff | February 28, 2012 |
| Dispositive motions | March 31, 2012 |
| Final pretrial conference | July 30, 2012 |
| Trial (5-7 days) | August 20, 2012. |

Dated: June 7, 2011         ANDRIAN & GALLENSON

By: /s/ *Stephen M. Gallenson*
STEPHEN M. GALLENSON
Attorney for Defendants
CLINTON FOLGER, ET AL

1  In addition to stipulating to the above, I, Jerry Bernhaut, attest that concurrence in the
2  filing of this Stipulation has been obtained from the other signatory to this document.

4  Dated: June 7, 2011          /s/ Jerry Bernhaut
                                JERRY BERNHAUT
5                               Attorney for Plaintiffs
                                NORTHERN CALIFORNIA RIVER WATCH
6                               COAST ACTION GROUP

9                    **[~~PROPOSED~~] ORDER**

10  PURSUANT TO SAID STIPULATION, **IT IS SO ORDERED.**

11  The Court further orders as follows:

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — signed Judge Joseph C. Spero]

15  DATED:  06/13/11
                                ~~JAMES LARSON~~   Joseph C. Spero
16                              Acting Chief UNITED STATES MAGISTRATE JUDGE

3:10-cv-00741 JL
STIPULATION RE CONTINUANCE OF CASE MANAGEMENT SCHEDULE; [PROPOSED] ORDER      3