```
 1  Jack Silver, Esquire SBN 160575
    Law Office of Jack Silver
 2  Kimberly Burr, Esquire SBN 193805
    Jerry Bernhaut, Esquire SBN 206264
 3  Post Office Box 5469
    Santa Rosa, California 95402-5469
 4  Telephone: (707) 528-8175
    Facsimile: (707) 528-8675
 5  Email: lhm28843@sbcglobal.net

 6  Attorneys for Plaintiffs
    NORTHERN CALIFORNIA RIVER WATCH
 7  and COAST ACTION GROUP

 8  Stephen M. Gallenson, CSB # 104447
    Jane Gaskell, CSB # 271387
 9  ANDRIAN & GALLENSON
    1100 Mendocino Avenue
10  Santa Rosa, CA 95401
    Telephone: 707-527-9381
11  Facsimile: 707-526-9051
    Email: andgal@sonic.net
12
    Attorneys for Defendants
13  CLINTON FOLGER, ET AL
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit Corporation and COAST ACTION GROUP,<br><br>  Plaintiffs,<br>  v.<br><br>CLINTON FOLGER, RUTH STADNIK, and NICK BRODRICK, Individually and in their capacities as members of GREEN PASTURES VALLEY, LLC; GREEN PASTURES VALLEY, LLC; DOES 1 - 20, Inclusive,<br><br>  Defendants.<br>_____/ | CASE NO.: 3:10-cv-00741 NC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER [FRCP 41(a)(1)(ii)]** |

IT IS HEREBY STIPULATED by and between plaintiffs NORTHERN CALIFORNIA RIVER WATCH, a non-profit Corporation and COAST ACTION GROUP, and defendants, CLINTON FOLGER, RUTH STADNIK, and NICK BRODRICK, Individually and in their capacities as members of GREEN PASTURES VALLEY, LLC and GREEN PASTURES VALLEY, LLC, by and through their counsel of record, that this matter may be dismissed with prejudice, each party hereto waiving its right to recover costs and attorney's fees.

This Stipulation may be executed in several counterparts, all of said counterparts shall constitute one original.

DATED: 9-6-11

/s/ Jerry Bernuaut
JERRY BERNHAUT
Attorney for Plaintiffs
NORTHERN CALIFORNIA RIVER WATCH
and COAST ACTION GROUP

DATED: 9-2-11

/s/ Stephen M. Gallenson
STEPHEN M. GALLENSON
Attorney for Defendants
CLINTON FOLGER, RUTH STADNIK, and NICK BRODRICK, Individually and in their capacities as members of GREEN PASTURES VALLEY, LLC and GREEN PASTURES VALLEY, LLC

**ORDER**

Good cause appearing, and the parties having stipulated and agreed,

**IT IS SO ORDERED** that this matter is hereby dismissed with prejudice.

DATED: 9/6/2011

NATHANAEL COUSINS
UNITED STATES MAGISTRATE JUDGE